AUSA: Ann Nee  Telephone: 810.766.5177
Special Agent : Michael Wiggins  Telephone: 810.239.5775

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America,

    Plaintiff,

v.

Benjamin Hyun-Ki Fielder

Case: 4:21-mj-30390
Judge: Unassigned
Filed: 08-10-2021 At 07:20 PM
USA V SEALED (kcm)

Defendant(s).

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date(s) of __August 9, 2021__, in the county of __Shiawassee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempt enticement of a minor |

This criminal complaint is based on these facts:
Please see the attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Michael Wiggins, Special Agent - FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: __August 10, 2021__

_____
Judge's signature

City and state: __Detroit, Michigan__

Curtis Ivy, Jr., United States Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A CRIMINAL COMPLAINT
# AND ARREST WARRANT

I, Michael S. Wiggins, a Special Agent with the Federal Bureau of Investigation, being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code. I am empowered to conduct investigations of and to make arrests for offenses enumerated in Title 18 of the United States Code.

2. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI), United States Department of Justice (DOJ), currently assigned to the FBI's Detroit Division, Flint Resident Agency (FLRA). I have been so employed since March 2004. I am currently assigned as the Coordinator and a member of the Northeast Michigan Trafficking and Exploitation Crimes Task Force (NEMTEC) which is a Federal Bureau of Investigation (FBI) managed task force with investigative members assigned from the Michigan State Police (MSP) and FBI. It is tasked with addressing Crimes Against Children and Human Trafficking threats in coordination and cooperation with its local and state partners.

1

3. As part of my employment, I have received training in and been involved in investigations regarding human trafficking, exploitation of children, drug trafficking, money laundering, threats, financial crimes, crimes involving gang related activities, child pornography and other violations of federal law.

4. I am conducting an investigation related to violations of the following statutes: 18 U.S.C. § 2422(b) (attempt enticement of a minor). Based on the evidence discovered during the course of my investigation, probable cause exists that Benjamin Hyun-Ki Fielder (DOB XX/XX/1990) committed violations of the above statute within the Eastern District of Michigan.

5. This Affidavit is submitted for the limited purpose of establishing probable cause; this affidavit, therefore, may not include all the information collected during this investigation. This Affidavit is intended to show only that there is sufficient probable cause for the requested complaint and warrant and does not set forth all of my knowledge about this matter. The information contained in this affidavit is based on personal knowledge, on reports made to me by other law enforcement officers, my training and experience, and the combined knowledge, training, and experience of other law enforcement officers and agents with whom I have had discussions.

## PROBABLE CAUSE

6. On August 9, 2021, while acting as an online covert employee (OCE), I participated in online communications with an individual later determined to be Benjamin Hyun-Ki Fielder. Using the persona of a 15-year-old girl, I posted a bulletin message on Social Media Application-1. Based on my training and experience, Social Media Application-1 is an application that is used by individuals interested in engaging in sexual activity with children. The application allows users to send text messages, audio messages, and images to each other using the internet, amongst other functions. The bulletin message stated that I was bored and included the image of a cartoon character.

7. Shortly after posting the bulletin message, an individual using the profile name "alpha" sent me a private message. During the communications, the individual requested to text with me, and provided me with a telephone number. The individual also identified himself as "Ben."

8. During the communications, I discussed my persona's age with "Ben." I told "Ben" that I was 15 years old, and that some people get mad at my age. He responded, "I'm not mad as long as you don't mind."

9. During a discussion about what "Ben" wanted to do with the persona, he texted, "I am super horny and want to fuck lol... If you're down for that … once

3

we get more comfortable with each other." "Ben" also asked, "You have any sexy pics of you that you're willing to send me??..." In response to the picture that I sent him of my persona, "Ben" said "Mmmm cute …" and "You are so fucking sexy …"

10. Later, my persona stated that she did not want to be a pregnant 10th grader, and "Ben" responded "Lol you won't." My persona then asked "Ben" for assurance that she would not get pregnant when they had sex. "Ben" responded, "I want you to be comfortable… And I don't want us to get into trouble lol / And no you won't get preggo lol." My persona asked if "Ben" still wanted to do it, and "Ben" responded "Yea."

11. During a telephone call, "Ben" also agreed to bring condoms and alcohol.

12. Thereafter, "Ben" arrived at the location provided to him to meet with my persona. He was arrested without incident. His identity was confirmed as Benjamin Hyun-Ki Fielder. He was subsequently provided his *Miranda* rights and interviewed. During the interview, Fielder admitted to traveling to the meet location to engage in sexual activity with an individual he believed to be a fifteen-year-old girl.

13. At the time of his arrest, he was found to be in possession of condoms, alcohol, and a cellular telephone. The telephone was determined to be a Samsung S10+.

## CONCLUSION

14. Based on the aforementioned facts, there is probable cause to believe that Benjamin Hyun-Ki Fielder violated 18 U.S.C. § 2422 (attempted enticement of a minor) within the Eastern District of Michigan.

Michael S. Wiggins
Special Agent

Sworn to before me and signed in my presence
and/or by reliable electronic means on ___August 10, 2021___.

Hon. Curtis Ivy, Jr.
United States Magistrate Judge

5